■ DAVID KAHN et al., Copartners Doing Business as TIDES, Respondents, v. JACOB SOHMER et al., Individually and as Copartners Doing Business as SOHMER FACTORS COMPANY, Appellants. JACOB SOHMER et al., Appellants, v. TIDES OF LONG BEACH, INC., et al., Individually and as Copartners Doing Business as TIDES, Respondents, et al., Defendants.— Motion by respondents for reargument and for a stay, pending appeal to the Court of Appeals, referred to the court that rendered the decision. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motion denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ JAMES LACOVARA, Respondent, v. FLEET TRANSPORTATION CO., INC., et al., Appellants, et al., Defendant.— Motions by appellants for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motions for reargument denied. Motions for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ LONG ISLAND TRUST COMPANY, Respondent, v. BLUE POINT REALTY CORP., et al., Appellants, et al., Defendants.— Motion by respondent to dismiss appeal, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CHARLES O. MAXWELL et al., Respondents, v. MARLINK PROPERTIES CORP., Appellant.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated February 6, 1961, requiring it to perfect its appeal for the April 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THOMAS P. MCDONALD, Respondent, v. DOROTHY F. MCDONALD, Appellant.— Motion by appellant: (1) to compel respondent to file six exhibits received in evidence upon the trial of the action; and (2) to dispense with the printing of said exhibits on the appeal. Motion granted. Respondent and his attorneys are directed, within 10 days after service of a copy of the order entered hereon, to file said exhibits (being plaintiff's Exhibits 1, 2, 3 and 4, and defendant's Exhibits a and b) with the Clerk of this court. Said exhibits need not be printed in the record; the originals will be submitted on the argument of the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MARY MCGINNIS, Appellant, et al., Plaintiff, v. GRAND UNION CO., Defendant-Respondent and Third-Party Plaintiff-Respondent. CAREFUL HOUSE AND WINDOW CLEANING COMPANY, Third-Party Defendant-Respondent.— Motion by appellant to dispense with printing, granted. The appeal will be heard on the printed Appellate Term record, on typewritten additional papers and on appellant's typewritten brief. The appellant is directed to file: (1) all the available printed copies of the Appellate Term record; (2) six copies of the typewritten additional papers; and (3) six copies of her typewritten brief; and to serve one copy of the typewritten additional papers and her typewritten brief on respondents. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CECELIA C. ORLANDO et al., Respondents, v. FRANK A. CATANZARITI, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.